**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 18-21245 - B - 13
Criselda Guevarra Centeno,     ) Docket Control No. JPJ-1
                     Debtor.   ) Document No. 14
                               ) Date: 05/01/2018
                               ) Time: 1:00 PM
_____) DEPT: B
```

**Order**

The objection is ORDERED SUSTAINED and the motion is ORDERED CONDITIONALLY DENIED for reasons stated in the ruling in the minutes.

**Dated:** May 03, 2018

　　　　　　　　　　　　　　　　　　Christopher D. Jaime, Judge
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

[14] - Motion/Application to Dismiss Case [JPJ-1] Filed by Trustee Jan P. Johnson (kvas) [14] - Objection to Confirmation of Plan by Jan P. Johnson [JPJ-1] Filed by Trustee Jan P. Johnson (kvas)